Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
Telephone:    (571) 203-2700
Facsimile:    (571) 203-2777

Cecilia Sanabria (*pro hac vice*)
cecilia.sanabria@finnegan.com
Jorge F. Gonzalez (*pro hac vice*)
jorge.gonzalez@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

*Attorneys for Defendant*
*Lenovo (United States) Inc.*

M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220265)
dalberti@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI
  LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:    (650) 618.4360
Facsimile:    (650) 618.4368

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone:    (972) 331-4600
Facsimile:    (972) 314-0900

*Attorneys for Plaintiff*
*PC Coma LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PC COMA LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>　　　　　　Defendant. | CASE NO. 4:19-cv-00991-PJH<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　　Hon. Phyllis J. Hamilton |

WHEREAS, Plaintiff PC Coma LLC ("Plaintiff") and Defendant Lenovo (United States) Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 9, 2019    FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                            By:   */s/ Jorge F. Gonzalez*
                                  Jorge F. Gonzalez (pro hac vice)
                                  *Attorneys for Defendant*
                                  *Lenovo (United States) Inc.*

Dated: September 9, 2019    NI, WANG & MASSAND, PLLC

                            By:   */s/ Hao Ni*
                                  Hao Ni
                                  Attorneys for Plaintiff
                                  PC Coma LLC

## ATTESTATION

Counsel for Lenovo (United States) Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for PC Coma LLC.

Dated: September 9, 2019    FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                            By:   */s/ Jorge F. Gonzalez*
                                  Jorge F. Gonzalez (pro hac vice)
                                  *Attorneys for Defendant*
                                  *Lenovo (United States) Inc.*